Donald D. Cornell, as Administrator, etc., of Leon Cornell, Deceased, Respondent, v. Acme Road Machinery Company, Appellant.*— Judgment and order affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the law on the ground that the reception in evidence of the letter, Exhibit 4, and the testimony of the witness Wright, in view of the sharply contested questions of fact, constituted reversible error.

The People of the State of New York ex rel. City of Lockport, Respondent, v. Board of Supervisors of Niagara County, Appellant.— Order affirmed, with costs. All concur.

County of Niagara, Appellant, v. City of Niagara Falls, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

County of Niagara, Appellant, v. City of Lockport, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of Proving the Last Will and Testament of Nellie E. Urth, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Petition of Taxpayers of the Twenty-third Ward of the City of Rochester to Vacate and Set Aside or Reduce the Assessments for the Beach Avenue and Bonaldi Street Storm Water Outlet Sewer.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of Howard R. Lorish and Charles Stollsteimer, for a Certiorari Order against the Town Board of the Town of Tonawanda.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

Merton E. Lewis, Appellant, v. Chemical Foundation, Inc., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 762.]

In the Matter of David Schoenberg, an Attorney and Counselor at Law.— Application for reinstatement granted.